# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FRANCISCA DIAZ,

          Plaintiff,

v.

GREATBATCH LTD. *d/b/a* Greatbatch Medical,

          Defendant.

Civil No. 14-735 (JRT/JJK)

**ORDER ON REPORT AND RECOMMENDATION**

---

Francisca Diaz, 6305 47th Avenue North, Crystal, MN 55428, *pro se* plaintiff,

Jennifer A. Nodes, Gina Janeiro, **JACKSON LEWIS P.C. ,** 225 South Sixth Street Street, Suite 3850, Minneapolis, MN 55402, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 18, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

1. Plaintiff's Complaint (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 18, 2014  
at Minneapolis, Minnesota

                                                    s/John R. Tunheim  
                                                    JOHN R. TUNHEIM  
                                            United States District Judge